**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10106
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*[Additional Counsel on Signature Page]*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAX VASQUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VENETIAN LAS VEGAS GAMING, LLC,<br><br>Defendant. | Case No. 5:25-cv-07934-PCP<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge: Hon. P. Casey Pitts |

Plaintiff Max Vasquez ("Plaintiff") respectfully submits this Notice of Supplemental Authority regarding the pending Motion to Dismiss the Complaint. *See* ECF Nos. 14, 21, 23. Plaintiff brings to the Court's attention the following order by Judge Dolly M. Gee, in *Gianne v. Accor Management US Inc. et al.*, Case No. 2:25-cv-02425-DMG-E, ECF No. 39 (C.D. Cal. Apr. 2, 2026). The decision is relevant to parties' respective arguments as it involves a plaintiff bringing California Invasion Privacy Act claims for having her online hotel booking activities tracked.

Dated: April 7, 2026

**BURSOR & FISHER, P.A.**

By: */s/ Stefan Bogdanovich*
Stefan Bogdanovich

Stefan Bogdanovich (State Bar No. 324525)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Kyle D. Gordon (*admitted pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: kgordon@bursor.com

*Attorneys for Plaintiff*