United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAX VASQUEZ,

Plaintiff,

v.

VENETIAN LAS VEGAS GAMING, LLC,

Defendant.

Case No. 5:25-cv-07934-PCP

**ORDER RE: MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Re: Dkt. No. 36

For the reasons discussed at the hearing, the Court believes that the proposed class action settlement, class notice, and proposed schedule should be modified in the following ways in order to justify granting preliminary approval:

(1) The browsing class claims rate should be estimated to be 10 percent.

(2) The booking class claims rate should be estimated to be 20 percent.

(3) The deadline for filing a motion for final approval should be 25 days after the Notice date.

(4) Paragraph 4.3 of the Agreement should be modified to remove both subsection (7) and the second to last and last sentences (starting "If a Settlement Class Member or any of the Objecting Attorneys" and "Any challenge to the Settlement Agreement"), and to modify subsection (6) to require only that the objector provided, to the best of his or her ability, a description of the number of times the objector has objected to a class action settlement within the five years preceding the date of the objection and the name of each case in which the objector has objected.

(5) Paragraph 4.4 should be modified to remove the sentence beginning "So-called 'mass' or 'class' opt-outs".

If the parties agree to make these changes to the proposed settlement, they may either file a complete amended settlement or an addendum to the original settlement setting forth the changes to the settlement and the parties' agreement thereto. Any document so filed should be signed by all necessary parties and counsel.

The parties should also submit a revised Proposed Order Granting Preliminary Approval reflecting these changes, including by incorporating the modifications into paragraphs 23 and 24 of the proposed order. The proposed order should also reflect that plaintiff will file the motion for final approval within 25 days of the Notice Date; that any responses to plaintiffs' motions for final approval, attorneys' fees and costs, and service award shall be filed by November 12, 2026; and that any reply in support of those motions shall be filed by November 19, 2026. The proposed order should provide that the hearing on plaintiffs' motions will be held at 10:00 a.m. on December 3, 2026.

To the extent that any changes to the settlement require changes to the proposed class notice documents, the parties should also file updated versions of the proposed class notice document.

**IT IS SO ORDERED.**

Dated: August 14, 2026

P. Casey Pitts
United States District Judge